UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, <br><br> Petitioners, <br><br> -against- <br><br> HHJR CONSTRUCTION LTD. d/b/a ACCURATE ENTERPRISES, <br><br> Respondent. | 16-cv-8348 (AJN) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-17

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Respondent pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or pdf signatures shall be construed as originals for the purposes of this stipulation.

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP** | **RABINOWITZ, GALINA AND ROSEN, ESQS.** |
| By: _____ | By: _____ |
| Todd Dickerson, Esq. | Michael Rabinowitz, Esq. |
| 40 Broad Street, 7th Floor | 94 Willis Avenue |
| New York, New York 10004 | Mineola, New York 11501 |
| *Attorneys for Petitioners* | *Attorneys for Respondent* |
| Dated: 3/21/17 | Dated: 3/13/17 |

SO ORDERED:

_____
U.S.D.J.

4/27/17